# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1880
L.T. Case No. 2021-DR-002926-FM

———————————————

NILSON MURILLO VALENCIA,

    Appellant,

    v.

ADRIANA JAIME,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
John Ingle Guy, Judge.

Nilson Murillo Valencia, Jacksonville, pro se.

No Appearance for Appellee.

November 5, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____